**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>TERRI ANN FLASHA<br>                 Debtors. | In Proceedings Under Chapter 13<br><br>No. 4:06-bk-00108-JMM |
| Terri Ann Flasha<br>SS# XXX-XX-3304<br>399 W. Via De Arboles<br>Queen Creek, AZ 85242 | **OBJECTION TO CLAIM OF PETER STROJNIK, P.C.** |

    Debtor Terri Ann Flasha, by and through attorney undersigned, objects to the secured claim of **PETER STROJNIK, P.C.** for the reason that Creditor has no secured interest and for the further reason that the claim fails to conform to Rule 3001, F.R.Bankr.P.

    Creditor Peter Strojnik, P.C. claim arises from unpaid attorney fees. From speaking with Mr. Strojnik and other information, Creditor claims a security interest in the Debtor's residence by reason of a pleading filed in U.S. District Court case entitled "Notice of Involuntary Trusteeship" and recorded at the Pinal Recorder's Office [Exhibit B.] However, there is no determination in that lawsuit that the Flashas have any liability to Creditor Peter Strojnik, P.C.; also there is no Court order granting the "Involuntary

Trusteeship" to Creditor Peter Strojnik, P.C.. Creditor Peter Strojnik, P.C. has no secured interest or any other interest in the residence of the Flashas under A.R.S. §13-2314.04(D(6).

Rule 3001, F.R.Bankr.P. requires a claim based on writing to include that writing. Additionally, Rule 3001, F.R.Bankr.P. requires the Creditor present an itemized statement of charges as well. The claim of Creditor Peter Strojnik, P.C. is supported only by a copy of the lawsuit filed by Creditor Peter Strojnik, P.C. against the Flashas in the U.S. District Court. The claim of Creditor Peter Strojnik, P.C. is facially defective and should be deemed invalid.

DATED: March 8, 2006

        GARY R. STICKELL,
        ATTORNEY AT LAW, P.C.


        By:  G.R.S. #7512
         Gary R. Stickell
         301 E. Bethany Home Road
         Suite #B100
         Phoenix, Arizona 85012
         Attorney for Debtor

Electronically filed with the
Clerk of the Bankruptcy Court
March 8, 2006

Copy of the foregoing
mailed March 8, 2006
to:

Diane C. Kerns, Chapter 13 Trustee
7320 N. La Cholla, #154 PMB 413
Tucson, AZ 85741-2305

| | |
|---|---|
| 1 | |
| 2 | Peter Strojnik |
|   | Peter Strojnik, P.C. |
| 3 | 3030 N. Central Avenue, Suite 1401 |
|   | Phoenix, AZ 85012 |
| 4 | Creditor |
| 5 | |
|   | by: G.R.S. #7512 |

- 3 -