**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>TERRI ANN FLASHA<br>                  Debtors. | In Proceedings Under Chapter 13<br><br>No. 4:06-bk-00108-JMM |
| Terri Ann Flasha<br>SS# XXX-XX-3304<br>399 W. Via De Arboles<br>Queen Creek, AZ 85242 | **NOTICE OF HEARING ON DEBTORS' OBJECTION TO CLAIM OF PETER STROJNIK, P.C. AND NOTICE OF TIME WITHIN RESPONSE MUST BE FILED** |

**NOTICE IS GIVEN** that an OBJECTION TO CLAIM OF PETER STROJNIK, P.C. was filed on March 8, 2006 by Debtor.

A copy of this Objection is enclosed along with this Notice.

If you desire to object, you must file your objection, specifying the reasons therefore, within FIFTEEN DAYS of the service of this Notice and the Motions and serve copies upon Movant's attorney whose address is:

    GARY R. STICKELL,
    Attorney At Law, P.C.
    301 E. Bethany Home Road, Suite B100
    Phoenix, Arizona  85012

| | |
|---|---|
| 1 | And on the Trustee: |
| 2 | |
| 3 | Dianne C. Kerns<br>Chapter 13 Trustee<br>7320 N. La Cholla #154 PMB 413<br>Tucson, AZ 85741-2305 |

And on the Trustee:

> Dianne C. Kerns
> Chapter 13 Trustee
> 7320 N. La Cholla #154 PMB 413
> Tucson, AZ 85741-2305

**NOTICE IS FURTHER GIVEN** that a Hearing on the Objection is scheduled before the Hon. James M. Marlar on Monday, April 3, 2006 at 1:45 p.m. at the U.S. Bankruptcy Court, 38 S. Scott Avenue, Tucson, Arizona, Courtroom 446.

DATED: March 9, 2006

          GARY R. STICKELL,
          ATTORNEY AT LAW, P.C.

By:  G.R.S. #7512
    Gary R. Stickell
    301 E. Bethany Home Road
    Suite B100
    Phoenix, Arizona 85012
    Attorney for Debtors

Original Electronically
filed March 9, 2006.

Copies of the foregoing
mailed March 9, 2006
to:

Dianne C. Kerns
Trustee
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305

Peter Strojnik
Peter Strojnik, P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, AZ 85012
Creditor


by: G.R.S. #7512

- 2 -