Peter Strojnik, 6464
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602.297.3019
Facsimile: 602.296.0135
Strojnik@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| In Re: | ) NO. 06-00108-TUC-JMM |
|---|---|
| | ) Chapter 13 |
| TERRI ANN FLASHA | ) Honorable James M. Marlar |
| Debtor, | ) **RESPONSE TO DEBTOR'S OBJECTION TO CLAIM OF PETER STROJNIK, P.C.** |
| | ) **AND** |
| | ) **SUBMISSION OF COPY OF INVOLUNTARY TRUSTEESHIP TO SUPPLEMENT THE CLAIM** |

Peter Strojnik, P.C., by and through counsel, responds to Debtor's Objection to its claim for reasons more fully supported by the following memorandum of points and authorities that is by this reference incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Debtor complains that Creditor's Claim "fails to conform to Rule 3001".[1] Rule 3001, to duplicated in the footnote[2], has been distinctly complied with:

---

[1] *See* Objection at page 1, line 20.

[2] **Rule 3001. Proof of Claim**
**(a) Form and content.**
A proof of claim is a written statement setting forth a creditor's claim. A proof of claim shall conform substantially to the appropriate Official Form.
**(b) Who may execute.**

-1-

1. It is a written statement setting forth this Creditor's claim. It conforms substantially to the appropriate Official Form.

2. It is executed by the creditor or the creditor's authorized agent except as provided in Rules 3004 and 3005.

3. To the extent that it is based on writing, it contains the relevant writing in the form of the Verified Complaint. Additionally, appended hereto as Exhibit "A" is another copy of the recorded Notice of Involuntary Trusteeship, a copy of which was also appended to the Objection To Claim Of Peter Strojnik, to supplement the Claim.

4. Insofar as the claim is secured, the Noticed of Involuntary Trusteeship is appended hereto as Exhibit "A" in order to supplement the claim.

5. Insofar as the security interest in property of the debtor is claimed, Exhibit "A" hereto supplements the proof of claim as evidence of the perfection of the security interest.

Additionally, this Creditor has filed Amended Proof of Claim.

RESPECTFULY SUBMITTED this 13th day of March, 2006.

PETER STROJNIK

By: Peter Strojnik
Attorney for Peter Strojnik, P.C.

---

A proof of claim shall be executed by the creditor or the creditor's authorized agent except as provided in Rules 3004 and 3005.
**(c) Claim based on a writing.**
When a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim. If the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim.
**(d) Evidence of perfection of security interest.**
If a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected.

-2-

# CERTIFICATE OF SERVICE

The original mailed /e-mailed/electronically filed this 13th day of March, 2006, with:

The Clerk of the US Bankruptcy Court, Tucson, Arizona

Copies e-mailed to:

Gary R. Stickell
301 East Bethany Home Road
Suite B100
Phoenix, Arizona 85012
*by e-mail gstickell@garystickell.net only*
Attorney for the debtor

Dianne C. Kerns
7320 N. LaCholla #154 PMB 413
Tucson, Arizona 85741-2305
*By e-mail mail@dcktrustee.com only*

Hilary B. Bonial, Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
*by e-mail notice@bkcylaw.com only*

_____

Case 4:06-bk-00108-JMM    Doc 24    Filed 03/14/06    Entered 03/14/06 14:04:04    Desc
Main Document    Page 3 of 6

When recorded mail to:



Name: Peter Strojnik

Address: 3030 N. Central Ave

Suite 1401

City/State/Zip: Phx AZ 85012

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2005-0264780 03/03/05 10:51
1 OF 1

IBARRAS

this area reserved for county recorder

# CAPTION HEADING:

DO NOT REMOVE

This is part of the official document.

Thomas Kummer, Esq.
*Pro Hac Vice*
2164 Siesta Avenue
Las Vegas, Nevada 89109
Telephone: 1-775-338-3705
Facsimile: 1-509-696-4871
e-mail: reno4829@aol.com
Attorney for Plaintiffs



FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 28 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PGM TECHNOLOGIES, INC., a Delaware Corporation; GITA, LLC, an Arizona Limited Liability Company; PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br><br>vs.<br><br>CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. CV'05 0637 PHX ROS<br><br>**NOTICE OF INVOLUNTARY TRUSTEESHIP** |

**PLEASE TAKE NOTICE** that A.R.S. § 13-2314.04 (D)(6) provides as follows:

A person or enterprise that acquires any property through an offense included in the definition of racketeering in section 13-2301, subsection D, paragraph 4 or a violation of section 13-2312 is an involuntary trustee. The involuntary trustee and any other person or enterprise, except a bona fide purchaser for value who is reasonably without notice of the unlawful conduct and who is not knowingly taking part in an illegal transaction, hold the property, its proceeds and its fruits in constructive trust for the benefit of persons entitled to remedies under this section.

-1-

A cause of action for racketeering has been asserted against the defendants named in the caption above. The Plaintiffs herein, by and through counsel, hereby asserts all rights and title, liens and encumbrances authorized by law against these named defendants. A copy of the Complaint filed in this action may be obtained in person directly from the Clerk of the United States District Court for the District of Arizona located at 401 West Washington, Phoenix, Arizona 85003, or by requesting the same from the undersigned counsel in writing, accompanied by a self addressed, stamped envelope.

RESPECTFULLY submitted this 26th day of February, 2005.

*[signature]*

Thomas Kummer
*Pro hac vice*
Attorney for Plaintiffs

I hereby attest and certify on 3-3-05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy

-2-